# NO. 12-11-00052-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *KYLE EDWIN BARNHILL,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Kyle Edwin Barnhill has petitioned this court for mandamus relief. He asserts that he filed a motion to transfer venue in a termination case, that the motion was uncontested, and that the trial court failed to perform its mandatory duty to grant the motion and transfer the case. We deny the petition.

Mandamus issues only when the mandamus record establishes (1) a clear abuse of discretion or the violation of a duty imposed by law and (2) the absence of a clear and adequate remedy at law. *See **In re Columbia Med. Ctr. of Las Colinas, Subsidiary, L.P.***, 290 S.W.3d 204, 207 (Tex. 2009) (orig. proceeding). It is the relator's burden to provide a sufficient record to establish the right to mandamus relief. ***Walker v. Packer***, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); *see also* TEX. R. APP. P. 52.7.

Barnhill has not provided any documents supporting his mandamus petition. Therefore, he has failed to demonstrate he is entitled to mandamus relief. Accordingly, Barnhill's petition for writ of mandamus is ***denied***. All pending motions are overruled as moot.

Opinion delivered April 20, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)